**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter    **7**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **1 Stop Electronics Center, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-3529485** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1870 Bath Avenue** **Brooklyn, NY 11214** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kings** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **1 Stop Electronics Center, Inc.**                                      Case number (*if known*) _____
          Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5700__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | | _____ | When | _____ | Case number | _____ |

| Debtor | **1 Stop Electronics Center, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **1 Stop Electronics Center, Inc.**                                   Case number (*if known*) _____
          Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ■ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **1 Stop Electronics Center, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2024**
             MM / DD / YYYY

X **/s/ J.E. "Rick" Bunka**                          **J.E. "Rick" Bunka**
Signature of authorized representative of debtor     Printed name

Title    **Interim CEO**

**18. Signature of attorney**

X **/s/ Scott D. Cousins**                 Date    **March  7, 2024**
Signature of attorney for debtor                  MM / DD / YYYY

**Scott D. Cousins**
Printed name

**Lewis Brisbois Bisgaard & Smith LLP**
Firm name

**400 Delaware Avenue, Suite 700**
**Wilmington, DE**
Number, Street, City, State & ZIP Code

Contact phone    **302-295-9440**        Email address

**3079 DE**
Bar number and State

Debtor    **1 Stop Electronics Center, Inc.**                          Case number (*if known*) _____
                Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **AC Gallery Inc.** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Delaware** | When | **3/07/24** | Case number, if known | |
| Debtor | **Appliances Connection Inc.** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/07/24** | Case number, if known | |
| Debtor | **Gold Coast Appliances, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/07/24** | Case number, if known | |
| Debtor | **Joe's Appliances LLc** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/07/24** | Case number, if known | |
| Debtor | **Polished.com Inc.** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/07/24** | Case number, if known | |
| Debtor | **Superior Deals, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/07/24** | Case number, if known | |
| Debtor | **YF Logistics LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/07/24** | Case number, if known | |

**RESOLUTIONS OF THE GOVERNING BODIES OF
POLISHED.COM INC., APPLIANCES CONNECTION INC.,
1 STOP ELECTRONICS CENTER, INC.,
GOLD COAST APPLIANCES, INC.,
SUPERIOR DEALS INC., AC GALLERY INC., JOE'S
APPLIANCES LLC, AND
YF LOGISTICS LLC.**

March 6, 2024

**WHEREAS,** Polished.com Inc., a Delaware corporation ("Polished"), is the sole stockholder of Appliances Connection Inc., a Delaware corporation ("ACI"), its direct, wholly-owned subsidiary;

**WHEREAS,** the ACI is the sole stockholder of 1 Stop Electronics Center, Inc., a New York corporation ("1 Stop"), Gold Coast Appliances, Inc., a New York corporation ("Gold Coast"), and Superior Deals Inc., a New York corporation ("Superior Deals"), and AC Gallery Inc., a Delaware corporation ("AC Gallery"), its wholly-owned subsidiaries;

**WHEREAS,** ACI is the sole member of Joe's Appliances LLC, a New York limited liability company ("Joe's Appliances"), and YF Logistics LLC, a New Jersey limited liability company ("YF Logistics"), its direct, wholly-owned subsidiaries;

**WHEREAS,** J.E. "Rick" Bunka and Robert D. Barry are the Managers of Joe's Appliances and YF Logistics;

**WHEREAS,** the Board of Directors, or the Managers as applicable in each case (the "Governing Body"), of each of Polished, ACI, 1 Stop, Gold Coast, Superior Deals, Joe's Appliances, YF Logistics, and AC Gallery,  (together, the "Companies") have conferred and deliberated;

**WHEREAS,** the Governing Body of each Company has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of each Company regarding the liabilities and liquidity of each such Company, including that the Companies do not have sufficient capital to maintain operations and the impact of the foregoing on each such Company's businesses;

**WHEREAS,** the Governing Body of each Company has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the present and future liabilities of the Company, and the market for the Company's products, services, and assets;

**WHEREAS,** the Governing Body of each Company has had the opportunity to consult with the management and the legal and financial advisors of each such Company to fully consider options available in light of the fact that Companies do not have sufficient capital to maintain operations;

**WHEREAS,** the Governing Body of each Company has received, reviewed, and considered the recommendations of the Company's management, legal, financial, and restructuring advisors as to the relevant risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 7 of title 11 of the United States Code (as amended, the "Bankruptcy Code");

**WHEREAS,** the Governing Body of each Company has determined, after due consultation with members of the Company's management and the legal and financial advisors of each such Company, that it is advisable and in the best interest of each such Company and all of its residual claimants, including its creditors, and other interested parties to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

<u>**Commencement and Prosecution of Bankruptcy Case**</u>

**RESOLVED,** that, in the judgment of the Governing Body of each of the Companies, it is desirable and in the best interests of each Company, the Company's stakeholders, the creditors of the Company, and other interested parties of the Company that a voluntary petition be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by the Company thereby commencing a case under the provisions of Chapter 7 of the Bankruptcy Code; and it is further

**RESOLVED,** that J.E. "Rick" Bunka (the "Authorized Officer") is authorized, empowered, and directed to execute on behalf of each Company a voluntary petition for relief under Chapter 7 of the Bankruptcy Code and to file such petition in the Bankruptcy Court, and to execute any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate; and it is further

**RESOLVED,** that the law firm of Lewis Brisbois Bisgaard & Smith LLP ("LBBS") be, and hereby is, authorized, directed and empowered to represent each Company as bankruptcy counsel to represent and assist each such Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in its Bankruptcy Case and appearing in court as necessary; and it is further

<u>**General Authorization and Ratification**</u>

**RESOLVED,** that any and all past actions heretofore taken by the Authorized Officer in the name of and on behalf of each Company in furtherance of any or all of the proceeding resolutions, and all transactions related thereto, be, and the same hereby are, ratified, confirmed, approved and adopted as a duly authorized act of the Company in all respects and for all purposes; and it is further; and it is further

**RESOLVED,** that the Authorized Officer is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the officer or officers taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

DocuSign Envelope ID: 5999F90A-A583-4C19-9C79-5FEDFEERB6F4

**IN WITNESS THEREOF,** the undersigned, being all the members of the Governing Body of each of the Companies, have executed this written consent as of the sixth day of March, 2024.

[SIGNATURE PAGES FOLLOW]

# <u>RESOLUTION OF THE BOARD OF DIRECTORS OF POLISHED.COM INC.</u>

_____
Ellery W. Roberts

_____
Houman Akhavan

_____
Ellette A. Anderson

_____
Glyn C. Milburn

_____
James M. Schneider

_____
G. Alan Shaw

_____
Clark R. Crosnoe

_____
Edward J. Tobin

## RESOLUTION OF THE BOARD OF DIRECTORS OF POLISHED.COM INC.

_____
Ellery W. Roberts


_____
Houman Akhavan


_____
Ellette A. Anderson


_____
Glyn C. Milburn


_____
James M. Schneider


_____
G. Alan Shaw


_____
Clark R. Crosnoe


_____
Edward J. Tobin

## <u>RESOLUTION OF THE BOARD OF DIRECTORS OF APPLIANCES CONNECTION INC.,</u>

DocuSigned by:

*Ellery W. Roberts*

Ellery W. Roberts

DocuSigned by:

*James M. Schneider*

James M. Schneider

DocuSigned by:

*G. Alan Shaw*

G. Alan Shaw

# RESOLUTION OF THE BOARD OF DIRECTORS OF 1 STOP ELECTRONICS CENTER, INC.,

_Ellery W. Roberts_
Ellery W. Roberts

_James M. Schneider_
James M. Schneider

_G. Alan Shaw_
G. Alan Shaw

## RESOLUTION OF THE BOARD OF DIRECTORS OF GOLD COAST APPLIANCES, INC.

Ellery W. Roberts

James M. Schneider

G. Alan Shaw

## RESOLUTION OF THE BOARD OF DIRECTORS OF SUPERIOR DEALS INC.

Ellery W. Roberts

James M. Schneider

G. Alan Shaw

# <u>RESOLUTION OF THE BOARD OF DIRECTORS OF AC GALLERY INC.</u>

DocuSigned by:

*Ellery W. Roberts*

Ellery W. Roberts

DocuSigned by:

*James M. Schneider*

James M. Schneider

DocuSigned by:

*G. Alan Shaw*

G. Alan Shaw

# RESOLUTION OF THE MANAGERS OF JOE'S APPLIANCES LLC

_____
    J.E. "Rick" Bunka

DocuSigned by:

_Robert D. Barry_
_____
    Robert D. Barry

## RESOLUTION OF THE MANAGERS OF JOE'S APPLIANCES LLC

_____
J.E. "Rick" Bunka

_____
Robert D. Barry

# RESOLUTION OF THE MANAGERS OF YF LOGISTICS LLC

_____
  J.E. "Rick" Bunka

_Robert D. Barry_
_____
  Robert D. Barry

**<u>RESOLUTION OF THE MANAGERS OF YF LOGISTICS LLC</u>**

_____
J.E. "Rick" Bunka

_____
Robert D. Barry

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| POLISHED.COM INC. | Case No. 24-_____(___) |
| Debtor.[1] | |
| In re | Chapter 7 |
| APPLIANCES CONNECTION, INC., | Case No. 24-_____(___) |
| Debtor. | |
| In re | Chapter 7 |
| 1 STOP ELECTRONICS CENTER, INC., | Case No. 24-_____(___) |
| Debtor. | |
| In re | Chapter 7 |
| GOLD COAST APPLIANCES, INC., | Case No. 24-_____(___) |
| Debtor. | |

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their respective federal taxpayer identification number are: Polished.com Inc. (3938); Appliances Connection, Inc. (8366), 1 Stop Electronics Center, Inc. (9485), Gold Coast Appliances, Inc. (1575), Superior Deals Inc. (0096), AC Gallery Inc. (3629), Joe's Appliances LLC (8354), and YF Logistics LLC (8373).  The mailing address for the Debtors is 1870 Bath Avenue, Brooklyn, NY 11214.

| | |
|---|---|
| In re<br><br>SUPERIOR DEALS, INC.,<br><br><br>                           Debtor. | Chapter 7<br><br>Case No. 24-_____(___) |
| In re<br><br>AC GALLERY INC.,<br><br><br>                           Debtor. | Chapter 7<br><br>Case No. 24-_____(___) |
| In re<br><br>JOE'S APPLIANCES LLC<br><br><br>                           Debtor. | Chapter 7<br><br>Case No. 24-_____(___) |
| In re<br><br>YF LOGISTICS LLC<br><br><br>                           Debtor. | Chapter 7<br><br>Case No. 24-_____(___) |

### DISCLOSURES OF COMPENSATION OF ATTORNEY FOR DEBTORS

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that my firm, Lewis Brisbois Bisgaard & Smith LLP ("**LBBS**"), is counsel for the above-captioned debtors (the "**Debtors**") and the compensation paid to LBBS within one year before the filing of the petitions in bankruptcy, or agreed to be paid to paid to LBBS, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with the bankruptcy case as follows:

For legal services, LBBS has agreed to accept ...………………………… $100,000.00[2]

For filing fees associated with these chapter 7 cases …………………….. $2,704.00

Prior to filing this statement LBBS has received ...………………………. $102,704.00

Balance due ………………….……………………………………… $0.00

2.      The source of the compensation paid to LBBS was Appliances Connection, Inc.

3.      LBBS has not agreed to share the above-disclosed compensation with any other person, unless they are a partner, counsel, or associate of LBBS.

4.      In return for the above-disclosed fee, LBBS has agreed to pay the filing fees required to commence this bankruptcy case and has further agreed to render legal services relating to this bankruptcy case, including:

      a.      Analyzing the Debtor's financial situation and rendering advice to the Debtor in determining whether to file a bankruptcy petition;

      b.      Preparing and filing voluntary petitions and certain other required documents;

      c.      Representing the Debtors at the meeting of creditors, and any adjourned hearings thereof; and

      d.      representation of the Debtors as may otherwise be required to advise the Debtors regarding its rights and responsibilities as debtors under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

5.      By agreement with the Debtors, the above-disclosed fee does not include the representation of the Debtors in adversary proceedings or other contested bankruptcy matters, nor does it include any future non-bankruptcy representation.

*[Remainder of page intentionally left blank]*

---

[2] Prior to the Petition Date and pursuant to a written engagement agreement, on February 28, 2024, LBBS received a $100,000 retainer (the "**Retainer**") for restructuring advice and bankruptcy planning for the above-captioned Debtors. The Retainer was fully drawn and fully earned by LBBS. All funds received from the Debtors were transferred from LBBS's attorney trust account to its operating accounting upon the filing of these cases.

## <u>CERTIFICATION</u>

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to LBBS for representation of the Debtors in these bankruptcy proceedings.

Dated: March 7, 2024
       Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
500 Delaware Avenue
Suite 700
Wilmington, Delaware 19801
(302) 295-9440
scott.cousins@lewisbrisbois.com

*Counsel for the Debtors*